## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Carol King
      Plaintiff(s)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 SEP -6  A 10: 57
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

The Hertz Corporation
      Defendant(s)

Civil Action No. JFM-00-CV-1840

✓ FEE PAID

___ FEE NOT PAID
(SEND LETTER)

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Robert Patrick Floyd, III__ Esquire a member of the Bar of this court, moves the admission of __Frank B. Shuster__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __The Defendant Hertz Corporation__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Georgia__

and/or the following United States Court(s): __U.S. Supreme Court, U.S. Court of Appeals for the 11th Circuit, U.S. Court of Appeals for the 5th Circuit, U.S. Court of Appeals for the 1st Circuit, District Court for Northern District of Georgia.__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __1__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __N/A__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

Revised 6/98




- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____N/A_____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:  
Signature  Robert P. Floyd, III

PROPOSED ADMITTEE:  
Signature  Frank B. Shuster

Address Constangy, Brooks & Smith, LLC  
1300 N. 17th St., Suite 900  
Arlington, VA  22209

Address Constangy, Brooks & Smith, LLC  
230 Peachtree St., N.W., Suite 2400  
Atlanta, GA  30303

Office phone number  (703) 527-0900

Office phone number  (404) 525-8622

Fax number  (703) 527-2605  
13594  
Md. U. S. District Court Number

Fax number  (404) 525-6955

## ORDER

Motion  ✓  GRANTED

Motion  _____  GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion  _____  DENIED

_____  
Dated

_____  
Judge, U. S. District Court