IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CAROL KING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE HERTZ CORPORATION, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.<br>JFM-00-CV-1840 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., Plaintiff, Carol King, and Defendant, The Hertz Corporation, stipulate to the dismissal of this matter with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted, this 4th day of October, 2000.

_____
Diane Duhig, Esq.
**SWICK & SHAPIRO**
1225 Eye Street, N.W.
Suite 1290
Washington, D.C.  20005

**ATTORNEY FOR PLAINTIFF**

_____
Frank B. Shuster, Esq.
**CONSTANGY, BROOKS & SMITH, LLC**
230 Peachtree Street, N.W.
Suite 2400
Atlanta, Georgia  30303-1557

**ATTORNEY FOR DEFENDANT**